UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                )
            Plaintiff,           )
                                ) C.A. No. 04cv10722 MLW
v.                               )
                                )
ARROW LINE, INC. AND COACH USA, INC. )
            Defendants.          )
                                )

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Corporation Service Company, Registered Agent for Arrow Line, Inc, a Subsidiary of Coach USA, Inc., 701 Brazos Street, Suite 1050, Austin, TX 78701 by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 20th day of April 2004.

Michelle Diamond, Paralegal
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Registered Agent for Arrow
Line, Inc., a Subsidiary of
Coach USA, Inc.
701 Brazos Street, Suite 1050
Austin, TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Steven [signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  APR 1 6 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1010 0001 0791 8987

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

April 20, 2004

Office of the Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Charles Langone, Fund Manager v. Arrow Line, Inc. and Coach USA, Inc.
C.A. No. 04cv10722 MLW

Dear Sir/Madam:

Pursuant to the above-referenced matter, enclosed please an Affidavit of Service of Summons and Complaint, for both defendants. Kindly file and docket in the usual manner.

Very truly yours,

Michelle Diamond
Legal Assistant to Catherine M. Campbell

Enclosure

F:\TEAMSTER\New England Teamsters\Arrow Line, Inc\Correspondence\court 4.20.04.doc

