UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> ARROW LINE, INC. AND COACH USA, INC. <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04cv10722 MLW |

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including June 1, 2004.

Dated: April 30, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Catherine M. Campbell_____
Attorney for Plaintiff

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be served this day, via facsimile to Alan Liebel, Jenkins & Gilchrist, 1445 Ross Avenue, Suite 3200, Dallas, TX 75202.

Date: April 30, 2004

/s/Catherine M. Campbell
Catherine M. Campbell