IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARLES LANGONE, as FUND, )
MANAGER of the NEW ENGLAND )
TEAMSTERS AND TRUCKING )
INDUSTRY PENSION FUND )
)
         Plaintiff, )
) Civil Action No. 04-10722 MLW
vs. )
)
ARROW LINE, INC. AND COACH )
USA, INC., )
)
         Defendants. )

## MOTION FOR ADMISSION PRO HAC VICE

### Assented-To

Dean Richlin ("Moving Counsel"), Massachusetts Counsel for Defendants Arrow Line, Inc. and Coach USA, Inc., ("Defendants"), hereby moves, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court of Massachusetts, that Alan S. Leibel, Esquire be granted leave to appear and practice in this Court on behalf of the Defendants in the above-captioned action. As grounds for this motion, Moving Counsel states the following:

1. Moving Counsel serves as Local Counsel for the Defendants in this matter.

2. Mr. Leibel is a member in good standing of the Bar of the State of Texas. He is a partner in the firm of Jenkens & Gilchrist, PC, 1445 Ross Avenue, Suite 3200, Dallas, TX 75202. Jenkens & Gilchrist, PC regularly serves as Counsel for the Defendants.

3. Mr. Leibel has not been disciplined by this or any other court, nor are disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

4.  Mr. Leibel promises to uphold the high standards of the Bar in this case and is familiar with the local Rules for the District of Massachusetts.

5.  Submitted herewith is the required affidavit of Mr. Leibel, as well as the required fee.

6.  Catherine M. Campbell, counsel for the Plaintiff, has assented to this motion.

WHEREFORE, Moving Counsel requests that Alan S. Leibel be granted leave to appear and practice on behalf of Defendants Arrow Line, Inc. and Coach USA, Inc. in the above litigation.

Dated: June 1, 2004

Respectfully submitted,

Dean Richlin, BBO# 419200
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone (617) 832-1000
Facsimile (617) 832-7000

*Attorneys for Defendants Arrow Line, Inc. and Coach USA, Inc.*

Alan S. Leibel
JENKENS & GILCHRIST, PC
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Telephone (214) 855-4500
Facsimile (214) 855-4300

*Of Counsel to Defendants Arrow Line, Inc. and Coach USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants Arrow Line, Inc. and Coach USA, Inc., certifies that he did cause a true and correct copy of the foregoing DEFENDANTS' ARROW LINE, INC. and COACH USA, INC.'S MOTION FOR ADMISSION PRO HAC VICE to be served on June 1, 2004 by hand upon the following counsel of record:

> Catherine M. Campbell
> Feinberg, Campbell & Zack, P.C.
> 177 Milk Street, Suite 300
> Boston, MA 02109

_____
Dean Richlin

1061442 v1