UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -1 P 2:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 04-10722 MLW |
| ARROW LINE, INC. AND COACH USA, INC., | § § § § | |
| Defendants. | § | |

### AFFIDAVIT OF ALAN S. LEIBEL IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Alan S. Leibel, certify as follows:

1. I am an of counsel with the law firm of Jenkens & Gilchrist, A Professional Corporation, 1445 Ross Avenue, Suite 3200, Dallas, Texas 75202.

2. I was admitted to practice before the Supreme Court of the State of Texas, the highest court in that state, in 1976.

3. I am a member in good standing in all the bars of which I am a member and no disciplinary or grievance proceedings or criminal charges have ever been instituted against me, nor are any pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

5.  I respectfully request admission to practice, *pro hac vice*, in all proceedings and to participate at trial on behalf of the defendant in the above-captioned matter.

SIGNED UNDER THE PAIN AND PENALTIES OF PERJURY THIS 28 DAY OF MAY, 2004.

*Alan S. Leibel*
Alan S. Leibel