IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN -1  P 2:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES LANGONE, as FUND, MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>vs.<br><br>ARROW LINE, INC. AND COACH USA, INC.,<br><br>Defendants. | Civil Action No. 04-10722 MLW |

## RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Per the requirements of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Arrow Line, Inc. and Coach USA, Inc., make the following statements regarding the defendants' corporate ownership:

1. Defendant Arrow Line, Inc., now known as KILT of Connecticut, Inc., is a Connecticut corporation and wholly-owned subsidiary of Defendant Coach USA, Inc.

2. Defendant Coach USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of Coach USA Administration, Inc., a Nevada corporation that is, in turn, a wholly-owned subsidiary of SCUSI Ltd., an England and Wales company. SCUSI Ltd. is a wholly-owned subsidiary of the corporate parent Stagecoach Group PLC, a Scotland company.

Dated: June 1, 2004                    Respectfully submitted,

_____
Dean Richlin, BBO# 419200
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone (617) 832-1000
Facsimile (617) 832-7000

*Attorneys for Defendants Arrow Line, Inc. and Coach USA, Inc.*

Alan S. Leibel
JENKENS & GILCHRIST, PC
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Telephone (214) 855-4500
Facsimile (214) 855-4300

*Of Counsel to Defendants Arrow Line, Inc. and Coach USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants Arrow Line, Inc. and Coach USA, Inc., certifies that he did cause a true and correct copy of the foregoing RULE 7.3 CORPORATE DISCLOSURE STATEMENT to be served on June 1, 2004 by hand upon the following counsel of record:

Catherine M. Campbell
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109

_____
Dean Richlin

1061442 v1