UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, <br><br> Plaintiff, <br><br> vs. <br><br> ARROW LINE, INC. AND COACH USA, INC., <br><br> Defendants. | Civil Action No. 04-10722 MLW |

### AFFIDAVIT OF ALAN S. LEIBEL IN SUPPORT OF
### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Alan S. Leibel, certify as follows:

1. I am an of counsel with the law firm of Jenkens & Gilchrist, A Professional Corporation, 1445 Ross Avenue, Suite 3200, Dallas, Texas 75202.

2. I was admitted to practice before the Supreme Court of the State of Texas, the highest court in that state, in 1976.

3. I am a member in good standing in all the bars of which I am a member and no disciplinary or grievance proceedings or criminal charges have ever been instituted against me, nor are any pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

FHBoston/1061441.1
DALLAS3 951120v1 40977-00063

5.  I respectfully request admission to practice, *pro hac vice*, in all proceedings and to participate at trial on behalf of the defendant in the above-captioned matter.

SIGNED UNDER THE PAIN AND PENALTIES OF PERJURY THIS 28 DAY OF MAY, 2004.

*Alan S. Leibel*

Alan S. Leibel



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

FILED
IN CLERKS OFFICE

2004 JUN -3  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

Bradley E. Abruzzi
Boston Office
(617) 832-1291
babruzzi@foleyhoag.com

June 3, 2004

**By Hand**

Clerk of the Court
Office of the Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, Massachusetts  02210

    Re:    Langone v. Arrow Line, Inc., Civ. No. 04-10722-MLW

Dear Clerk:

    Please find enclosed the original, signed Affidavit of Alan S. Leibel in Support of Motion for Admission to Practice Pro Hac Vice, as well as a copy to stamp as received for our files.

                                    Sincerely,

                                    Bradley E. Abruzzi

Enclosure
cc:    Catherine M. Campbell, Esq.

FHBoston/1063323.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com