UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>ARROW LINE, INC. AND COACH USA, INC.<br>Defendants. | C.A. No. 04cv10722 MLW |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1), as the Plaintiff and Defendants have agreed to settle the above-captioned matter, the parties hereby stipulate to dismiss the above referenced complaint and counterclaim with prejudice and with each party to bear its own costs.


Dated: October 7, 2004               NEW ENGLAND TEAMSTERS AND
                                     TRUCKING INDUSTRY PENSION FUND


                                     By /S/ Catherine M. Campbell
                                        Catherine M. Campbell, Attorney for Plaintiff

                                     By
Dated: October 7, 2004                  /S/ Alan S. Leibel
                                        Alan S. Leibel, Attorney for Defendants